USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED J8
2019 AUG -1 P 3:44
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT. CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:10-CV-216 |
| DEFENDANT | TYPE OF PROCESS |
| PETER SEWALL | Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Computer Task Group, Inc., Attn: Legal Department (Cynthia Sims)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
800 Delaware Ave., Buffalo, NY 14209

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorneys Office
Attn: Kenny L. Saffles
800 Market Street, Suite 211
Knoxville, TN 37902

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

URGENT. PLEASE SERVE PERSONALLY AS SOON AS POSSIBLE.

RECEIVED BY: EJO
DATE: 07-04-19  TIME: 1200
U.S. MARSHAL ETN
KNOXVILLE, TN

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 865-545-4167
DATE: 6/20/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 074 | No. 55 | EJO | 07-04-19 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 7/9/2019  Time: 1:30 ☒ pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 2.32 | 8.00 | 75.32 | | $0.00 |

REMARKS: 7-4-19 Forwarded to D55 for personal service
4mi RT, Start 13:15 - End 13:40    Served Personal Service on 7/9/19

PRINT 5 COPIES:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

Case 2:10-cv-00216-JRG-DHI   Document 27   Filed 08/01/19   Page 1 of 1   PageID #: 202